UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL O. DEVAUGHN,<br>Petitioner<br>v.<br>U.S. MARSHAL SERVICE, et al.,<br>Respondents. | Case No. 2:20-cv-10073-TJH (GJS)<br><br>JUDGMENT  [JS-6] |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice as moot.

DATED: JANUARY 21, 2021

_____
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE